**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Scott Thomas Lee, Appellant.

Appellate Case No. 2012-210830

_____

Appeal From Florence County
Michael G. Nettles, Circuit Court Judge

_____

Unpublished Opinion No. 2014-UP-182
Submitted April 1, 2014 – Filed April 30, 2014

_____

**APPEAL DISMISSED**

_____

Appellate Defender Kathrine Haggard Hudgins, of Columbia; and Scott Thomas Lee, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Donald J. Zelenka, both of Columbia, for Respondent.

_____

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.